IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Butler, LaTanya C

Printed: 4/8/08

Case Number: 07 B 20499
Judge: Goldgar, A. Benjamin
Filed: 11/2/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: February 26, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 2,212.00 |  |
| Secured: |  | 1,046.28 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,046.28 |
| Trustee Fee: |  | 119.44 |
| Other Funds: |  | 0.00 |
| Totals: | 2,212.00 | 2,212.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert N Honig | Administrative | 2,250.00 | 1,046.28 |
| 2. | Home Loan Services | Secured | 0.00 | 0.00 |
| 3. | Consumer Portfolio Services | Secured | 2,752.69 | 1,046.28 |
| 4. | Home Loan Services | Secured | 24,205.91 | 0.00 |
| 5. | Commonwealth Edison | Unsecured | 16.31 | 0.00 |
| 6. | Beverly Bus Garage Fed CU | Unsecured | 295.66 | 0.00 |
| 7. | Peoples Energy Corp | Unsecured | 11.54 | 0.00 |
| 8. | Midnight Velvet | Unsecured | 66.66 | 0.00 |
| 9. | Consumer Portfolio Services | Unsecured | 179.71 | 0.00 |
| 10. | University of Chicago Hospital | Unsecured | 173.62 | 0.00 |
| 11. | AT&T | Unsecured |  | No Claim Filed |
| 12. | Direct Tv | Unsecured |  | No Claim Filed |
| 13. | University of Chicago Hospital | Unsecured |  | No Claim Filed |
| 14. | St Margaret Mercy Healthcare | Unsecured |  | No Claim Filed |
|  |  |  | $ 29,952.10 | $ 2,092.56 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 119.44 |
|  | $ 119.44 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Butler, LaTanya C

Printed:  4/8/08

Case Number:  07 B 20499
Judge:  Goldgar, A. Benjamin
Filed:  11/2/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

